IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

PETER ADAMS  v.  KAKE TRIBAL CORPORATION, et al.

THE HONORABLE SHARON L. GLEASON

DEPUTY CLERK                                              CASE NO. 1:20-cv-00009-SLG

Jennifer Meismer-House

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: October 20, 2020

**Plaintiff is required to take action as to:**

| Complaint | Amended Complaint | Third-Party Complaint | Complaint in Intervention |
|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ |

☒ IMPORTANT REMINDER. Proof of service as to one or more defendants is lacking. Pursuant to Rule 4(m), Federal Rules of Civil Procedure, service is to be accomplished within 90 days from the filing of the complaint. File proofs of service on those defendants already served.

☐ Case Not at Issue. An answer has not been filed by one or more defendants served in this case. Where the time to answer has expired, require an answer immediately or apply for default within 21 days from the date of this minute order.

☐ Dismissal for Failure to Serve (Warning!). Proof of service is lacking as to defendant(s) named below. Any defendant as to whom a proof of service is not on file by 90 days from the filing of the complaint will be dismissed. Rule 4(m), Federal Rules of Civil Procedure. Defendant(s):

☐ Dismissal for Failure to Take Action (Warning!). An answer has not been filed by nor default taken as to defendant(s) named below, and plaintiff has ignored a prior minute order on this subject. Defendant(s) as to whom the case is not at issue 90 days from filing of the complaint will be dismissed for lack of prosecution. Defendant(s):

☐ Case Dismissed. For failure to ☐ make service or ☐ failure to take a default or require an answer, this case is dismissed without prejudice as to defendant(s):