UNITED STATES DISTRICT COURT
for the
District of Alaska

| PETER ADAMS | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:20-cv-00009-SLG |
| | ) |
| KAKE TRIBAL CORPORATION, et al. | ) |
| *Defendant* | ) |

# JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT plaintiff, Peter Adams's, claims against defendants, Kake Tribal Corporation, et al., are dismissed with prejudice.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

**Brian D. Karth**
Brian D. Karth
Clerk of Court

Date: January 19, 2022

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*